**David J. Hollander, OSB #782452**
Hollander, Lebenbaum & Gannicott
1500 SW First Avenue, Suite 700
Portland, Oregon 97201-5825
Telephone:   (503) 222-2408
Facsimile:    (503) 222-0659
E-mail: david@hollanderlaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JANET HOLMGREN, | Case No.: 3:10-CV-369-HA |
| Plaintiff, | |
| v. | **TEMPORARY RESTRAINING ORDER** |
| CITY OF OREGON CITY, | |
| Defendant. | |

Pursuant to ORCP 65(b) this matter was heard by the Court ex parte on July 8, 2010. Having reviewed the submissions of Plaintiff, the Court finds that:

1. Plaintiff has submitted credible evidence that there is a justiciable controversy about whether James Birch violated the law by monitoring Plaintiff's privileged and private email communications in order to gain unfair advantage in this litigation.

2. Plaintiff has submitted credible evidence that Mr. Birch did so using the network owned by Defendant Oregon City and also through his home network.

Page 1 – TEMPORARY RESTRAINING ORDER

HOLLANDER, LEBENBAUM & GANNICOTT
Attorneys at Law
1500 S.W. First Avenue, Suite 700
Portland, Oregon 97201
Tel: (503) 222-2408
fax: (503) 222-0659

3. Plaintiff has submitted credible evidence that Mr. Birch has tried to hide his access to Plaintiff's privileged and private email account by marking Plaintiff's emails as unread.

4. Plaintiff has submitted credible evidence that Mr. Birch has some computer expertise and he is likely to try to destroy, tamper or otherwise alter evidence that is critical to Plaintiff's case if he is provided with notice.

5. Accessing a person's private email is a criminal act under ORS 165.543 and 18 USC § 2511.

6. Plaintiff has the right to examine the computers and hard drives in question pursuant to FRCP 34.

7. Plaintiff will likely sustain immediate and irreparable harm if Defendant Oregon City provides notice to Birch or Birch otherwise learns of these proceedings.

8. It is in the public interest that Plaintiff have the opportunity to examine the computers and hard drives without alteration.

9. It is not in the public interest to obstruction Plaintiff's right to conduct discovery under FRCP 34.

For the forgoing reasons the Court concludes that it should issue a Temporary Restraining Order without notice as follows:

Defendant Oregon City, its officers, counsel, agents, employees and those acting in concert with them to:

1. Preserve the hard drive or drives of certain computers owned by Defendant located in *office of* Mr. Birch's and the sign room at Oregon City's facility located at 122 S. Center Street, Oregon City, Oregon (hereinafter computers A & B) *until copies are made*.

Page 2 – TEMPORARY RESTRAINING ORDER

HOLLANDER, LEBENBAUM & GANNICOTT
Attorneys at Law
1500 S.W. First Avenue, Suite 700
Portland, Oregon 97201
Tel: (503) 222-2408
fax: (503) 222-0659

2. Ensure that James Birch has no access to computer A or B ~~any other computer or network owned by~~ Defendant _Computer hard-drives are made._ *until copies of those* ~~as of~~ 7-9-2010

3. Preserve all records of computer use by James Birch from June 1, 2009 through the present time. *To the extent practicable given the date and hour of this hour* ~~as of~~ 7-9-2010

4. Preserve all records of access through Defendant Oregon City's network to a certain *existing as of today* AOL email account with the email address of "Jfannyru@aol.com".

5. Defendant Oregon City forthwith make copies of the hard drives of computers A and B *and retain such copies until Plaintiff has had the opportunity to inspect the hard drives under procedures to be agreed upon by the parties.*

The Court further orders that James Birch, his agents, attorneys and those acting in concert with them to immediately:

1. Cease and desist from accessing the AOL email account with the email address of "jfannyru@aol.com" or any other email account owned or used by Plaintiff.

2. Refrain from accessing any computer or network owned by Defendant Oregon City including but not limited to computers A and B.

3. Preserve all written and digital records of access through Defendant Oregon City's network and computers to a certain AOL email account with the email address of "Jfannyru@aol.com" or any other address owned or used by Plaintiff.

4. Preserve all records of access through his network, home computer or notebook to a certain AOL email account with the email address of "jafannyru@aol.com" or any other address owned or used by Plaintiff. *or bring to the show cause hearing before Judge Haggerty*

5. Preserve and ~~immediately turn over to counsel for Defendant~~, copies of all printouts of any and all emails obtained from a certain AOL email account with the email address of "jfannyru@aol.com" or any other address owned or used by Plaintiff.

Page 3 – **TEMPORARY RESTRAINING ORDER**

HOLLANDER, LEBENBAUM & GANNICOTT
Attorneys at Law
1500 S.W. First Avenue, Suite 700
Portland, Oregon 97201
Tel: (503) 222-2408
fax: (503) 222-0659

6. Preserve and immediately ~~turn over to counsel for Defendant,~~ *bring to the Show Cause hearing before J. Haggerty on 7/15/2010* the hard drives of all computers owned or used by him from June 1, 2009 to the present time.

7. ~~Turn over to counsel for Plaintiff~~ *Bring to the Show Cause hearing before Judge Haggerty* all copies of communications between Plaintiff and her lawyer. *ap 7-15-2010*.

*ap. The Court determines there is not any need for Plaintiff to post a bond.* ~~Plaintiff shall post security in the amount of ___.~~

This Temporary Restraining Order shall remain in effect until *3 PM July 15, 2010, at which time Judge Haggerty will conduct a Show Cause hearing in courtroom*.

Dated at Portland, Oregon this *9th* day of July, 2010 at *4:45* P.M. *13A of Mark Hatfield U.S. Courthouse. 1000 SW 3rd Ave. Portland, OR 97204*

_____
Ancer L. Haggerty
US District Court Judge

*The Court directs James ~~John~~ Birch to appear before Judge Haggerty on July 15, 2010, @ 3:00 P.M. to show cause why this Order should not be continued.*

*Anna J. Brown*
*U.S. District Judge*

Page 4 – **TEMPORARY RESTRAINING ORDER**

HOLLANDER, LEBENBAUM & GANNICOTT
Attorneys at Law
1500 S.W. First Avenue, Suite 700
Portland, Oregon 97201
Tel: (503) 222-2408
fax: (503) 222-0659